IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02570-BNB

PHILIP E. STETZEL, also known as
PHILIP EDWARD STETZEL,

Applicant,

v.

KEVIN MILYARD, Warden, SCF, and/or
ARI ZAVARAS, Exec. Dir., CDOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 07 2008

GREGORY C. LANGHAM
CLERK

## ORDER TO TRANSFER ACTION TO COURT OF APPEALS

Applicant, Philip E. Stetzel, also known as Philip Edward Stetzel, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Sterling, Colorado, correctional facility. The caption of this order has been corrected to include Mr. Stetzel's alias. Mr. Stetzel filed *pro se* an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (2006). He has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006).

The Court must construe the amended habeas corpus application liberally because Mr. Stetzel is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the

reasons stated below, the amended application will be transferred to the United States Court of Appeals for the Tenth Circuit (Tenth Circuit).

Mr. Stetzel previously sought habeas corpus relief in this Court pursuant to 28 U.S.C. § 2254. *See Stetzel v. Attorney General*, No. 04-cv-01531-REB-BNB (D. Colo. Jan. 3, 2006); *see also* amended application at 4, ¶ 2. In No. 04-cv-01531-REB-BNB, Mr. Stetzel challenged the validity of the same state court conviction he is challenging in the instant action. The habeas corpus application in 04-cv-01531-REB-BNB was denied as procedurally barred and on the merits. Therefore, the instant application is a second or successive application.

Pursuant to 28 U.S.C. § 2244(b)(3) (2006), Mr. Stetzel must apply to the Tenth Circuit for an order authorizing this Court to consider his second or successive application. Mr. Stetzel alleges that he has obtained the necessary authorization from the Tenth Circuit. *See* amended application at 7, ¶ 3. However, he has failed to submit such certification to this Court. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631 (1994). *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the clerk of the Court transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631. It is

FURTHER ORDERED that the motion for the appointment of counsel that Mr. Stetzel filed on December 11, 2007, is denied without prejudice as premature.

DATED at Denver, Colorado, this 7 day of February, 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02570-BNB

Philip E. Stetzel
a/k/a Philip Edward Stetzel
Prisoner No. 92684
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/7/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk