IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02575-BNB

EUGENE GREGORY WALLIN,

    Plaintiff,

v.

WARDEN KEVIN MIYARD, Sterling Corr. Facility,
WARDEN NOBEL WALLACE, D.R.D.C.,
MAJOR COX, Sterling Correctional Facility,
LT. HALLIGAN, Head Case Mgr., S.C.F., and
LT. EVA LITTLE, Case Mgr., S.C.F.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 13 2008

GREGORY C. LANGHAM
                    CLERK

---

ORDER VACATING JANUARY 31, 2008, ORDER AND
DIRECTING PLAINTIFF TO FILE AMENDED 28 U.S.C. § 1915 MOTION

---

Plaintiff, Eugene Gregory Wallin, is a prisoner in the custody of the Colorado Department of Corrections (DOC) who was incarcerated at the Sterling, Colorado, correctional facility when he filed *pro se* a civil rights complaint pursuant to 42 U.S.C. § 1983 (2006) and 28 U.S.C. § 1343(a)(3) (1993) asking for unspecified declaratory and injunctive relief. He now alleges that he has been released on parole. Mr. Wallin has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006).

On January 31, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Wallin to file within thirty days an amended pleading because Mr. Wallin wanted the DOC to allow him to apply for commutation of his sentence and, therefore, it appeared that the claims Mr. Wallin asserted were habeas corpus claims attacking the validity of his

custody, and not civil rights claims attacking the conditions of his confinement. On March 3, 2008, Mr. Wallin filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994). In the application, he again asked for unspecified declaratory and injunctive relief, expressed his confusion over being required to file a habeas corpus application, and insisted that his complaint appropriately is asserted pursuant to 42 U.S.C. § 1983 against the DOC for not being allowed to file for a sentence commutation to the state governor's executive office as he allegedly was eligible to do prior to release on parole.

Therefore, the Court will vacate the January 31, 2008, order directing Mr. Wallin to file an amended pleading, will not consider the 28 U.S.C. § 2241 application filed on March 3, 2008, and instead will consider Mr. Wallin's claims asserted in his 42 U.S.C. § 1983 complaint. Vacating the January 31 order also reinstates the requirement that Mr. Wallin pay the $350.00 filing fee in this civil rights action.

Since Mr. Wallin has been released from incarceration, his continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Alternatively, Mr. Wallin may elect to file an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

ORDERED that the Court's January 31, 2008, order directing Mr. Wallin to file an amended pleading is vacated. The Court will not consider the 28 U.S.C. § 2241 application filed on March 3, 2008, and instead will consider Mr. Wallin's claims asserted in his 42 U.S.C. § 1983 complaint. It is

FURTHER ORDERED that Mr. Wallin submit within **thirty days from the date of this order** either the $350.00 filing fee in order to pursue his claims in this action or, alternatively, an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the amended motion shall be titled "Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, CO 80294-3589. It is

FURTHER ORDERED that the clerk of the Court mail to Plaintiff a copy of this order together with two copies of the nonprisoner Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form to be used in submitting the amended motion and affidavit. It is

FURTHER ORDERED that if Mr. Wallin fails to file the amended motion and affidavit within thirty days of the date of the instant order, the complaint and action will

be dismissed without further notice.

DATED March 13, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02575-BNB

Eugene Gregory Wallin
Prisoner No. 122519
2301 Lawrence Street
#107
Denver, CO 80205

    I hereby certify that I have mailed a copy of this **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 3/13/08

                                GREGORY C. LANGHAM, CLERK

                          By: _____
                                   Deputy Clerk